SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV  89511
Telephone:     (775) 824-8200
Facsimile:     (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@RoseLawNevada.com
150 W. Huffaker Lane, Suite 101
Reno NV 89511
Telephone:     (775) 247-1998
Facsimile:     (775) 657-8517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SLOANE,<br><br>        Plaintiff,<br><br>     vs.<br><br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>        Defendants. | Case No.  3:19-cv-00648-MMD-WGC<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH (First Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that, due to a medical emergency, Plaintiff, HEATHER SLOANE, may have a seven (7) day extension to file her Opposition to *Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith.*  Accordingly, Plaintiffs shall have up to and including Monday, November 25, 2019, to file the Opposition to *Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith.*

-1-

1      **DATED** this ___12th___ day of November, 2019.

2

3 **ROSE LAW OFFICE**                     **MCCORMICK, BARSTOW, SHEPPARD,**
                                              **WAYTE & CARRTH LLP**

4  */s/ Sean P. Rose*                            */s/ Michael A. Pintar*

5 SEAN P. ROSE, ESQ.                        MICHAEL A. PINTAR, ESQ.
State Bar No. 5472                          State Bar No. 3789

6 150 W. Huffaker Lane, #101             241 Ridge St., Ste. 300
Reno, NV 89511                           Reno, NV 89501

7 (775) 824-8200                            (775) 333-0400

8 In Association with:                       Attorney for Defendant

9

10 THOMAS R. BRENNAN, ESQ.
State Bar No. 481

11 150 W. Huffaker Lane, #101
Reno NV 89511

12 (775) 247-1998

13 Attorneys for Plaintiffs

                                   **ORDER**

14

15      **IT IS SO ORDERED.**

16      **DATED** this ___12th___ day of November, 2019.

17 _____
                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Rose Law Office and that on the date indicated below, I served a true copy of the foregoing ***Stipulation and [Proposed] Order to Extend Time to File Opposition to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith*** and on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope, postage prepaid for collection and mailing in the United States Mail, at Reno, Nevada

_____  Hand Delivery

_____  Facsimile

__x__  All parties signed up for electronic filing have been served electronically, all others have been served by placing a true copy thereof in a sealed envelope for collection and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

Michael Pintar, Esq.
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Michael.pintar@mccormickbarstow.com
241 Ridge St., Ste. 300
Reno, NV 89501

**DATED** this __12th__ day of November, 2019

/s/ Stacey Stallings
Stacey Stallings

-3-