McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
*michael.pintar@mccormickbarstow.com*
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone: (775) 333-0400
Facsimile: (775) 333-0412

Attorneys for State Farm Mutual Automobile
Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| HEATHER SLOANE,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH (First Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Defendant, State Farm Mutual Automobile Insurance Company, may have a seven (7) day extension of time in which to file its Reply in Support of Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH (First Request)

Accordingly, Defendant shall have up to and including Monday, December 9, 2019, to file the Reply.

DATED this 2nd day of December, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By     /s/ Michael A. Pintar
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
Tel. (775) 333-0400
Attorneys for State Farm Mutual Automobile Insurance Company

DATED this 2nd day of December, 2019

ROSE LAW OFFICE

By     /s/ Sean P. Rose
Sean P. Rose
Thomas R. Brennan
150 West Huffaker Lane, Suite 101
Reno, Nevada 89511
Tel. (775) 824-8200

Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: this _3rd_ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
241 RIDGE STREET, SUITE 300

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH (First Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Jennifer Heston
Jennifer Heston, an Employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

081133-000012 6480766.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
241 Ridge Street, Suite 300

3                                     3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH (First Request)