SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone:     (775) 824-8200
Facsimile:     (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@RoseLawNevada.com
150 W. Huffaker Lane, Suite 101
Reno NV 89511
Telephone:     (775) 247-1998
Facsimile:     (775) 657-8517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SLOANE,<br><br>         Plaintiff,<br><br>    vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>         Defendants. | Case No.  3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH (Second Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that, due to a family emergency, Plaintiff, HEATHER SLOANE, may have a seven (7) day extension to file her Opposition to *Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith.*  Accordingly, Plaintiffs shall have up to and including Monday, December 2, 2019, to file the Opposition to *Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith*.

DATED this ___18th___ day of November, 2019.

| | |
|---|---|
| **ROSE LAW OFFICE** | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRTH LLP** |
| */s/ Sean P. Rose* | */s/ Michael A. Pintar* |
| SEAN P. ROSE, ESQ. | MICHAEL A. PINTAR, ESQ. |
| State Bar No. 5472 | State Bar No. 3789 |
| 150 W. Huffaker Lane, #101 | 241 Ridge St., Ste. 300 |
| Reno, NV 89511 | Reno, NV 89501 |
| (775) 824-8200 | (775) 333-0400 |
| | |
| In Association with: | Attorney for Defendant |
| | |
| THOMAS R. BRENNAN, ESQ. | |
| State Bar No. 481 | |
| 150 W. Huffaker Lane, #101 | |
| Reno NV 89511 | |
| (775) 247-1998 | |
| | |
| Attorneys for Plaintiffs | |

## ORDER

**IT IS SO ORDERED.**

DATED this _2nd__ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Rose Law Office and that on the date indicated below, I served a true copy of the foregoing ***Stipulation and [Proposed] Order to Extend Time to File Opposition to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith*** and on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope, postage prepaid for collection and mailing in the United States Mail, at Reno, Nevada

_____  Hand Delivery

_____  Facsimile

___x___  All parties signed up for electronic filing have been served electronically, all others have been served by placing a true copy thereof in a sealed envelope for collection and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

Michael Pintar, Esq.
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Michael.pintar@mccormickbarstow.com
241 Ridge St., Ste. 300
Reno, NV 89501

**DATED** this __18th__ day of November, 2019

/s/ Stacey Stallings
Stacey Stallings