McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
 michael.pintar@mccormickbarstow.com
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone:	(775) 333-0400
Facsimile:	(775) 333-0412

Attorneys for State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| HEATHER SLOANE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE  (First Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Defendant, State Farm Mutual Automobile Insurance Company, may have a seven (7) day extension of time in which to file its Opposition to Plaintiff's Motion In Limine Re Collateral Source Evidence currently due on October 14, 2020.  Accordingly, Defendant shall have up to and including Wednesday, October 21, 2020 to file its Opposition.

/ / /

/ / /

/ / /

/ / /

/ / /

3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE (First Request)

DATED this 12th day of October, 2020

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

By    /s/ Michael A. Pintar
    Michael A. Pintar
    Nevada Bar No. 3789
    241 Ridge Street, Suite 300
    Reno, Nevada 89501
    Tel. (775) 333-0400
    Attorneys for State Farm Mutual Automobile
    Insurance Company

DATED this 12th day of October, 2022

        ROSE LAW OFFICE

By    /s/ Sean P. Rose
    Sean P. Rose
    Thomas R. Brennan
    150 West Huffaker Lane, Suite 101
    Reno, Nevada 89511
    Tel. (775) 824-8200

    Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: this 13th day of October, 2020.

        UNITED STATES ~~MAGISTRATE~~ JUDGE
        DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2020, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE (First Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Jennifer Heston
Jennifer Heston, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

081133-000012 7150116.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
241 Ridge Street, Suite 300

3

3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE (First Request)