1  McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2  Michael A. Pintar
Nevada Bar No. 3789
3    *michael.pintar@mccormickbarstow.com*
241 Ridge Street, Suite 300
4  Reno, Nevada 89501
Telephone:    (775) 333-0400
5  Facsimile:    (775) 333-0412

6  Attorneys for State Farm Mutual Automobile
Insurance Company
7

8

9                    UNITED STATES DISTRICT COURT

10             DISTRICT OF NEVADA, NORTHERN DIVISION

11

12  HEATHER SLOANE,                          Case No. 3:19-cv-00648-MMD-WGC

                    Plaintiff,              **STIPULATION AND [PROPOSED]**
13                                          **ORDER TO EXTEND TIME TO FILE**
        v.                                  **OPPOSITION TO PLAINTIFF'S**
14                                          **MOTION IN LIMINE RE COLLATERAL**
    STATE FARM MUTUAL AUTOMOBILE            **SOURCE EVIDENCE  (First Request)**
15  INSURANCE COMPANY, an insurance
    company; and DOES 1-25 and XYZ
16  Corporations, inclusive,

17                    Defendants.

18

19        The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that

20  Defendant, State Farm Mutual Automobile Insurance Company, may have a fourteen (14) day

21  extension of time in which to file its Opposition to Plaintiff's Motion In Limine Re Collateral Source

22  Evidence currently due on December 8, 2020.  Accordingly, Defendant shall have up to and including

23  Tuesday, December 22, 2020 to file its Opposition.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,                                            3:19-cv-00648-MMD-WGC
Sheppard, Wayte &
Carruth LLP
241 RIDGE STREET, SUITE 300    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S
RENO, NV 89501                 MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE  (First Request)

1    DATED this 7th day of December, 2020

2                           McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

3

4

5                       By       /s/ Michael A. Pintar

6                            Michael A. Pintar
Nevada Bar No. 3789

7                            241 Ridge Street, Suite 300
Reno, Nevada 89501

8                            Tel. (775) 333-0400
Attorneys for State Farm Mutual Automobile

9                            Insurance Company

10

11    DATED this 7th day of December, 2020

12                           ROSE LAW OFFICE

13

14

15                       By       */s/* Sean P. Rose

16                            Sean P. Rose
Thomas R. Brennan
150 West Huffaker Lane, Suite 101

17                            Reno, Nevada 89511
Tel. (775) 824-8200

18

19                            Attorneys for Plaintiff

20                            **ORDER**

21    **IT IS SO ORDERED.**

22    DATED: this __7th__ day of December, 2020.

23

24

                         UNITED STATES DISTRICT JUDGE

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
241 Ridge Street, Suite 300
Reno, NV 89501

2         3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S
MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE  (First Request)

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this 7th day of December, 2020, a true and correct copy

3  of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION**

4  **TO PLAINTIFF'S MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE  (First**

5  **Request)** was served via the United States District Court CM/ECF system on all parties or persons

6  requiring notice.

7

8                                                    By   /s/ Jennifer Heston

9                                                         Jennifer Heston, an Employee of
                                                         MCCORMICK,    BARSTOW,    SHEPPARD,
                                                         WAYTE & CARRUTH LLP
10

11

12  081133-000012 7268331.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 89501

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S
MOTION IN LIMINE RE COLLATERAL SOURCE EVIDENCE  (First Request)