SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone: (775) 824-8200
Facsimile: (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@RoseLawNevada.com
150 W. Huffaker Lane, Suite 101
Reno NV 89511
Telephone: (775) 247-1998
Facsimile: (775) 657-8517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SLOANE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (First Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that, Plaintiff, HEATHER SLOANE, may have a fourteen (14) day extension to file her Response to Defendant's *Opposition to Plaintiff's Motion to Compel Response to Interrogatory*. Accordingly, Plaintiff shall have up to and including Friday, May 21, 2021, to file her Response to Defendant's *Opposition to Plaintiff's Motion to Compel Response to Interrogatory*.

-1-

1     **DATED** this 4th day of May, 2021.

| | |
|---|---|
| **ROSE LAW OFFICE** | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRTH LLP** |
| /s/ Sean P. Rose, Esq. | /s/ Michael A. Pintar, Esq. |
| SEAN P. ROSE, ESQ.<br>State Bar No. 5472<br>150 W. Huffaker Lane, #101<br>Reno, NV 89511<br>(775) 824-8200 | MICHAEL A. PINTAR, ESQ.<br>State Bar No. 3789<br>241 Ridge St., Ste. 300<br>Reno, NV 89501<br>(775) 333-0400 |
| In Association with: | Attorney for Defendant |
| THOMAS R. BRENNAN, ESQ.<br>State Bar No. 481<br>150 W. Huffaker Lane, #101<br>Reno NV 89511<br>(775) 247-1998 | |
| Attorneys for Plaintiffs | |

## ORDER

IT IS SO ORDERED.

**DATED** this 5th day of May, 2021.

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE