1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Michael A. Pintar
   Nevada Bar No. 3789
3   *michael.pintar@mccormickbarstow.com*
   241 Ridge Street, Suite 300
4  Reno, Nevada 89501
   Telephone:    (775) 333-0400
5  Facsimile:    (775) 333-0412

6  Attorneys for State Farm Mutual Automobile
   Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| HEATHER SLOANE,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>            Defendants. | Case No. 3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL  (First Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Defendant, State Farm Mutual Automobile Insurance Company, may have a seven (7) day extension of time in which to file its Response to Plaintiff's Motion to Compel currently due on July 29, 2021. Accordingly, Defendant shall have up to and including Thursday, August 5, 2021 to file its Response.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
241 Ridge Street, Suite 300
Reno, NV 89501

3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL  (First Request)

DATED this 28th day of July, 2021.

                McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

                By      /s/ Michael A. Pintar
                        Michael A. Pintar
                        Nevada Bar No. 3789
                        241 Ridge Street, Suite 300
                        Reno, Nevada 89501
                        Tel. (775) 333-0400
                        Attorneys for State Farm Mutual Automobile
                        Insurance Company

DATED this 28th day of July, 2021.

                ROSE LAW OFFICE

                By      /s/ Sean P. Rose
                        Sean P. Rose
                        Thomas R. Brennan
                        150 West Huffaker Lane, Suite 101
                        Reno, Nevada 89511
                        Tel. (775) 824-8200

                        Attorneys for Plaintiff

                      **ORDER**

**IT IS SO ORDERED.**

DATED: this  28th  day of July, 2021.

                        /s/ William G. Cobb
                        UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 89501

2

3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL  (First Request)