1  SEAN P. ROSE, ESQ.
   State Bar No. 5472
2  Sean@RoseLawNevada.com
3  ROSE LAW OFFICE
   150 W. Huffaker Lane, Suite 101
4  Reno, NV  89511
   Telephone:     (775) 824-8200
5  Facsimile:     (775) 657-8517

6  THOMAS R. BRENNAN, ESQ.
7  State Bar No. 481
   Tom@RoseLawNevada.com
8  150 W. Huffaker Lane, Suite 101
   Reno NV 89511
9  Telephone:     (775) 247-1998
   Facsimile:     (775) 657-8517
10

11 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| HEATHER SLOANE, | Case No.  3:19-cv-00648-MMD-WGC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (First Request)** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive, | |
| Defendants. | |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff HEATHER SLOANE may have a seven (7) day extension to file her Response to Defendant's *Opposition to Plaintiff's Motion to Compel* (Doc. 62). Accordingly, Plaintiff shall have up to and including Wednesday, August 18, 2021, to file her Response to Defendant's *Opposition to Plaintiff's Motion to Compel*.

DATED this 5th day of August, 2021.                     DATED this 5th day of August, 2021.

**ROSE LAW OFFICE**                                     **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRTH LLP**

/s/ Sean P. Rose, Esq.                                  /s/ Michael A. Pintar, Esq.

SEAN P. ROSE, ESQ.                                      MICHAEL A. PINTAR, ESQ.
State Bar No. 5472                                      State Bar No. 3789
150 W. Huffaker Lane, #101                              241 Ridge St., Ste. 300
Reno, NV 89511                                          Reno, NV 89501
(775) 824-8200                                          (775) 333-0400

In Association with:                                    Attorney for Defendant

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
150 W. Huffaker Lane, #101
Reno NV 89511
(775) 247-1998

Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

DATED this 6th day of August, 2021.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE