SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone: (775) 824-8200
Facsimile: (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@RoseLawNevada.com
150 W. Huffaker Lane, Suite 101
Reno NV 89511
Telephone: (775) 247-1998
Facsimile: (775) 657-8517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SLOANE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>　　　　Defendants. | Case No. 3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTIONS TO COMPEL (First Request)** |

　　　　The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that, to extend the hearing currently scheduled for September 2, 2021 on Plaintiff's Motions to Compel (ECF Nos. 49 & 58). The continuance is necessary as Plaintiff's counsel's immediate family members have tested positive for COVID and, as a consequence, Plaintiff's counsel likely will be quarantining for the next 14 days. Accordingly, counsel request that the Court reset the hearing to a date sometime after September 14, 2021.

-1-

DATED this ___23rd___ day of August, 2021.

| ROSE LAW OFFICE | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRTH LLP |
|---|---|
| */s/ Sean P. Rose* | */s/ Michael A. Pintar* |
| SEAN P. ROSE, ESQ.<br>State Bar No. 5472<br>150 W. Huffaker Lane, #101<br>Reno, NV  89511<br>(775) 824-8200 | MICHAEL A. PINTAR, ESQ.<br>State Bar No. 3789<br>241 Ridge St., Ste. 300<br>Reno, NV 89501<br>(775) 333-0400 |
| In Association with: | Attorney for Defendant |

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
150 W. Huffaker Lane, #101
Reno NV 89511
(775) 247-1998

Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE