SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone:   (775) 824-8200
Facsimile:    (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@RoseLawNevada.com
150 W. Huffaker Lane, Suite 101
Reno NV 89511
Telephone:   (775) 247-1998
Facsimile:    (775) 657-8517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SLOANE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>    Defendants. | Case No.  3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTIONS TO COMPEL (Second Request)** |

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree to continue the hearing currently scheduled for September 29, 2021 on Plaintiff's Motions to Compel (ECF Nos. 49 & 58) and on Defendant's Motion for Order to Show Cause (ECF 67). The parties are currently in discussions to resolve the case and are seeking the continuance to avoid incurring unnecessary fees and costs. Accordingly, counsel request that the Court reset the hearing to a date sometime after October 15, 2021, to give the parties sufficient time to resolve the case.

1  DATED this ___22nd___ day of September, 2021.

2

| | |
|---|---|
| **ROSE LAW OFFICE** | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRTH LLP** |
| */s/ Sean Rose* | */s/ Michael Pintar* |
| SEAN P. ROSE, ESQ. | MICHAEL A. PINTAR, ESQ. |
| State Bar No. 5472 | State Bar No. 3789 |
| 150 W. Huffaker Lane, #101 | 241 Ridge St., Ste. 300 |
| Reno, NV 89511 | Reno, NV 89501 |
| (775) 824-8200 | (775) 333-0400 |
| In Association with: | Attorney for Defendant |
| THOMAS R. BRENNAN, ESQ. | |
| State Bar No. 481 | |
| 150 W. Huffaker Lane, #101 | |
| Reno NV 89511 | |
| (775) 247-1998 | |
| Attorneys for Plaintiffs | |

# ORDER

The Courtroom Administrator shall reset a date for a possible hearing.

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE