McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
 michael.pintar@mccormickbarstow.com
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone:   (775) 333-0400
Facsimile:   (775) 333-0412

Attorneys for State Farm Mutual Automobile
Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| HEATHER SLOANE,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company; and DOES 1-25 and XYZ Corporations, inclusive,<br><br>          Defendants. | Case No. 3:19-cv-00648-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The parties, by and through their undersigned counsel of record, hereby stipulate and agree
2  that the above-entitled matter may be dismissed with prejudice, each party to bear their own attorney's
3  fees and costs.

4  DATED this 26 day of October, 2021.

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Michael A. Pintar
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501
Tel. (775) 333-0400
Attorneys for State Farm Mutual Automobile
Insurance Company

DATED this 22 day of October, 2021.

ROSE LAW OFFICE

By _____
Sean P. Rose
Thomas R. Brennan
150 West Huffaker Lane, Suite 101
Reno, Nevada 89511
Tel. (775) 824-8200

Attorneys for Plaintiff

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
241 Ridge Street, Suite 300
Reno, NV 89501

2                                    3:19-cv-00648-MMD-WGC
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

**ORDER**

**IT IS SO ORDERED.**

DATED: this  27th  day of October, 2021.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
241 RIDGE STREET, SUITE 300
RENO, NV 89501

3

3:19-cv-00648-MMD-WGC

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2021, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (First Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Jennifer Heston
Jennifer Heston, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

081133-000012 7959777.1